Thomas CASEY, Petitioner–Appellant,

v.

William HAINES, Warden, Huttonsville Correctional Center; Cecil H. Underwood, Governor of West Virginia; Sandra Ilderton, Chairperson of the West Virginia Parole Board; Quewanncoil C. Stephen, Member; Vernon Barley, Member; Dough Stump, Member; George Sideroplis, Member, Respondents–Appellees.

No. 01–6815.

United States Court of Appeals,
Fourth Circuit.

Submitted July 12, 2001.

Decided July 20, 2001.

Thomas Casey, pro se. Darrell V. McGraw, Jr., David Paul Cleek, Office of the Attorney General of West Virginia, Charleston, WV, for appellees.

Before WILLIAMS, MICHAEL and MOTZ, Circuit Judges.

PER CURIAM.

Thomas Casey seeks to appeal the district court's order denying relief on his

petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Casey v. Haines,* No. CA–00–616–2 (S.D.W.Va. May 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*